```
SCOTT A. SUGARMAN (No. 68277)
SUGARMAN & CANNON
180 Montgomery St., Suite 2080
San Francisco, CA. 94104
Telephone: (415) 362-6252
Facsimile: (415) 362-6431
scott@sugarmanandcannon.com

Attorneys for Defendant
      HUBER RUIZ MALDONADO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHER DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HUBER RUIZ MALDONADO,<br><br>　　　　Defendant. | No. CR 15-0371 JST<br><br>**STIPULATION AND [proposed] ORDER TO CONTINUE STATUS HEARING**<br><br>DATE: October 9, 2015<br>TIME: 9:30 a.m. |

   Huber Ruiz Maldonado is charged with one codefendant, his brother Jose Ruiz Maldonado in this action. Huber Ruiz Maldonado is charged with one drug offense, while Jose Ruiz Maldonado is charged with three drug offenses. The two defendants are not charged together in any of the counts in the Indictment.

   Huber Ruiz Maldonado was released from custody and remains on pretrial supervision. Jose Ruiz Maldonado has been detained.

   Both defendants are scheduled to make their second appearance before this Court on October 9, 2015 for Status. The government has provided to both counsel considerable discovery, including video and audio recordings, agent reports, laboratory reports, etc. regarding

Stipulation to Continue October 9, 2015 Status

the government's investigation over a period of just under one year.  Undersigned counsel for Huber Ruiz Maldonado had hoped to complete a review of the discovery before the upcoming Status appearance and also to review those materials with Huber Ruiz Maldonado to determine if negotiations with the government to settle this matter should be undertaken or if setting pretrial motions was appropriate.  However, while counsel has reviewed most of the discovery, counsel has not completed that review and has only had limited discussions with Huber Ruiz Maldonado to date, in large part due to the discharge of his duties for other clients.  It appears that counsel will be able to inform this Court more accurately of the likely direction of this matter if some additional time is provided prior to the next appearance.

Undersigned counsel, however, will be out of the country for approximately three weeks starting October 18, 2015 and will not be available to work on this matter during that period.

Counsel for Jose Ruiz Maldonado has informed undersigned counsel and counsel for the government that Jose Ruiz Maldonado at this time has voiced the wish to address the Court about his concerns about his counsel.  Thus, Jose Ruiz Maldonado will appear on October 9, 2015 to address at least that issue.

For those reasons, the parties STIPULATE to continue the Status hearing as to Huber Ruiz Maldonado to December 11, 2015 at 9:30 a.m.

Counsel for the defendant and the government further stipulate that time should be excluded between those dates for effective preparation of counsel and continuity of defense counsel. 18 U.S.C. § 3161(h)(7)(B)(iv). Furthermore, the parties agree that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

IT IS SO STIPULATED.

DATED: October 8, 2015                              /s/
                                                    Frank Riebli
                                                    Assistant United States Attorney


DATED: October 8, 2015                              /s/
                                                    Scott A. Sugarman
                                                    Attorney for Huber Ruiz Maldonado


SO ORDERED.

DATED: October 8, 2015                              _____
                                                    UNITED STATES DISTRICT JUDGE

Stipulation to Continue October 9, 2015 Status

3