1  SCOTT A. SUGARMAN (No. 68277)
   SUGARMAN & CANNON
2  180 Montgomery St., Suite 2350
3  San Francisco, CA. 94104
   Telephone: (415) 362-6252
4  Facsimile: (415) 362-6431
5  scott@sugarmanandcannon.com

6  Attorneys for Defendant
         HUBER RUIZ MALDONADO
7

8

9                    IN THE UNITED STATES DISTRICT COURT

10                   FOR THE NORTHER DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,              )    No. CR 15-0371 JST
                                           )
13        Plaintiff,                       )    **STIPULATION AND [proposed]**
                                           )    **ORDER TO CONTINUE**
14  v.                                     )    **BRIEFING SCHEDULE AND**
                                           )    **HEARING ON HUBER RUIZ**
15                                         )    **MALDONADO'S MOTION TO**
    HUBER RUIZ MALDONADO,                  )    **SUPPRESS STATEMENT**
16                                         )
                                           )
17        Defendant.                       )

18        Huber Ruiz Maldonado is charged with one codefendant, Jose Ruiz Maldonado, in this

19  action.  Huber Ruiz Maldonado is charged with one drug offense, while Jose Ruiz Maldonado is

20  charged with three separate drug offenses.  The two defendants are not charged together in any
21
22  count in the Indictment.

23        On March 11, 2016, at the last court appearance, counsel for Huber Ruiz Maldonado

24  advised the Court he would move to suppress a statement taken by agents after his arrest.  The

25  Court set a hearing on the proposed Motion for July 8, 2016 at 1:30 p.m., and invited counsel to
26
27  propose a briefing schedule.  The Court thereafter approved a briefing schedule proposed by

28  counsel, under which defense counsel would file his Motion by May 27, 2016, the government

Stipulation to Continue Motion Hearing and Briefing Schedule

1

1

2

would file its opposition by June 10, 2016, and defense counsel would file any reply by June 24, 2016.

3

4

5

6

7

8

9

10

11

12

As counsel for Huber Ruiz Maldonado was preparing the Motion to Suppress Statement and related documents, counsel for the government and Huber Ruiz Maldonado continued discussions regarding a plea agreement.  Huber Ruiz Maldonado filed the Motion on May 27, 2016, but counsel for the parties agreed to continue to discuss the terms of a possible plea agreement.  As differences narrowed, counsel for Huber Ruiz Maldonado informally agreed with government counsel that because those plea discussions were proceeding in good faith, defense counsel would agree the government could delay filing its opposition to the Motion if this Court would permit that delay.

13

14

15

16

17

18

19

20

21

22

23

In the days preceding the due date for the government to file its opposition, June 10, 2016, the parties agreed in principle to the terms of a plea agreement.  Government counsel had to secure approval for such a plea agreement from his supervisors.  Defense counsel attempted to coordinate with this Court's clerk to determine if the Court was available to accommodate a hearing on the Motion two weeks later than the July 8, 2016, and if so, counsel was agreeable to delay the filing of the government's Opposition and defendant's Reply, if necessary.  Communications were complicated because government counsel planned to be out of his office from June 10, 2016, to June 18, 2016.  On June 10, 2016, this Court's clerk advised counsel this Court was available for a hearing on the motion on July 22, 2016.

24

25

26

27

28

It appears as if the government and Huber Ruiz Maldonado have reached a plea agreement, which would render the Motion to Suppress moot.  Counsel for the government and Huber Ruiz Maldonado STIPULATE to modify the briefing schedule so that the government's

Stipulation to Continue Motion Hearing and Briefing Schedule

1   Opposition, if necessary, is due June 24, 2016 and any reply is due July 8, 2016, and

2   STIPULATE that the hearing on the Motion be continued to July 22, 2016 at 2:00 p.m.

3         IT IS SO STIPULATED.

4   DATED: June 12, 2016                          _____/s/_____

5                                                 Frank Riebli
                                                  Assistant United States Attorney
6

7

8   DATED: June 12, 2016                          _____/s/_____

                                                  Scott A. Sugarman
9                                                 Attorney for Huber Ruiz Maldonado

10  SO ORDERED.

11
    DATED:  June 14, 2016
12                                                _____

13                                                JON S. TIGAR
                                                  UNITED STATES DISTRICT JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Continue Motion Hearing and Briefing Schedule

3