SCOTT A. SUGARMAN (No. 68277)
SUGARMAN & CANNON
737 Tehama Street, No. 3
San Francisco, CA. 94103
Telephone: (415) 362-6252
Facsimile: (415) 362-6431
scott@sugarmanandcannon.com

Attorneys for Defendant
        HUBER RUIZ MALDONADO


IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHER DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 15-0371 JST |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ~~[proposed]~~** |
| | ) | **ORDER TO CONTINUE** |
| v. | ) | **SENTENCING** |
| | ) | |
| HUBER RUIZ MALDONADO, | ) | |
| | ) | |
| Defendant. | ) | |

Huber Ruiz Maldonado has pled guilty, and this Court set sentencing for December 2, 2016.  United States Probation Officer Charles Mabie advised counsel for the government and Mr. Ruiz Maldonado that he requires additional time to prepare the Presentence Report.

Counsel for the government and Mr. Ruiz Maldonado STIPULATE to continue the sentencing to January 13, 2017 at 9:30 a.m.  The parties have discussed the proposed sentencing date with USPO Mabie and he agrees to that date for sentencing.

IT IS SO STIPULATED.

DATED: November 21, 2016                    _____/s/_____
                                            Frank Riebli
                                            Assistant United States Attorney


Stipulation to Continue Sentencing

1

DATED: November 21, 2016

_____/s/_____
Scott A. Sugarman
Attorney for Huber Ruiz Maldonado

SO ORDERED.

DATED:  November 21, 2016

_____
JON S. TIGAR
UNITED STATES DISTRICT JUDGE

Stipulation to Continue Sentencing

2