SCOTT A. SUGARMAN (No. 68277)
SUGARMAN & CANNON
737 Tehama Street, No. 3
San Francisco, CA. 94103
Telephone: (415) 362-6252
Facsimile: (415) 362-6431
scott@sugarmanandcannon.com

Attorneys for Defendant
        HUBER RUIZ MALDONADO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHER DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 15-0371 JST |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND [proposed]** |
|  | ) | **ORDER TO CONTINUE** |
| v. | ) | **SENTENCING** |
|  | ) |  |
| HUBER RUIZ MALDONADO, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

Huber Ruiz Maldonado has pled guilty, and this Court set sentencing for January 13, 2017. United States Probation Officer Charles Mabie was not able to complete the draft Presentence Report in accordance with the schedule set by this District's rules, and has advised counsel he requires additional time to prepare the Presentence Report.

With regard to this Court's hearing dates after January 13, 2017, counsel for Huber Ruiz Maldonado has previously set court appearances on the following two Fridays, January 20 and 27, 2017. This Court's calendar advises that no further sentencing matters may be set on the Friday thereafter, February 3, 2017.

Stipulation to Continue Sentencing

1

Counsel for Huber Ruiz Maldonado moves to continue the sentencing to February 10, 2017 at 9:30 a.m. Counsel for the government has no objection to defendant's requested continuance. Counsel for Huber Ruiz Maldonado has discussed the proposed sentencing date with USPO Mabie and he agrees to that date for sentencing

DATED: January 10, 2017  _____/s/_____
Frank Riebli
Assistant United States Attorney

DATED: January 10, 2017  _____/s/_____
Scott A. Sugarman
Attorney for Huber Ruiz Maldonado

SO ORDERED.

DATED: January 10, 2017  _____
JON S. TIGAR
UNITED STATES DISTRICT JUDGE

Stipulation to Continue Sentencing

2